McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
CAMIL A. SKIPPER
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

**FILED**

SEP 3 0 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) <br> ) <br> SEALED ) <br> ) <br> _____ ) | CASE NO 2 0 8 - mj - 3 3 8 GGH <br><br> SEALING ORDER |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, accompanying affidavit, and warrant for arrest be sealed until execution of the arrest warrant.

DATED: Sept. 30, 2008

**GREGORY G. HOLLOWS**
HON. GREGORY G. HOLLOWS
United States Magistrate Judge