1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709



FILED
OCT 0 9 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 08-MJ-338 GGH |
|---|---|
| Plaintiff, | |
| v. | **ORDER UNSEALING COMPLAINT** |
| KANARY KHIN, | |
| Defendant. | |

IT IS HEREBY ORDERED that:

The complaint filed in the above-captioned matter be UNSEALED.

DATED: 10/9/08

_____
HON. KIMBERLY J. MUELLER
United States Magistrate Judge

1