**Law Office of**
**Edward M. Robinson**
Edward M. Robinson
Bar No. 126244
21515 Hawthorne Boulevard
Suite 665
Torrance, CA 90503
Tel: (310) 316-9333
Fax: (310) 316-6442
email: eroblaw@aol.com

Attorneys for Defendant **KANARY KHIN**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: 2:08-MJ-0338 GGH |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| KANARY KHIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Kanary Khin shall be granted an extension of time to Thursday, October 30, 2008 by 2:00 p.m. to post real property with the Clerk of the Court - Eastern District, in the amount of $35,000.00

IT IS SO ORDERED:

DATED: October 28, 2008.

_____
U.S. MAGISTRATE JUDGE